IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RICARDO DAVILA, #540351 | § |
| | § |
| v. | §    CIVIL ACTION NO. G-05-477 |
| | § |
| | § |
| NATHANIEL QUARTERMAN, | § |
| DIRECTOR OF TDCJ-CID | § |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on October 19, 2006. Petitioner filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Respondent's Motion for Summary Judgment (Instrument No. 15) is **GRANTED**; and the Petition for a Writ of Habeas Corpus of Ricardo Davila (Instrument No. 1) is **DISMISSED** as time-barred concerning his challenge to his conviction and for lack of jurisdiction concerning the issue of a detainer.

**DONE** at Galveston, Texas this 27th day of November, 2006.

_____
Samuel B. Kent
United States District Judge